# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ANNABEL K. MELONGO, | ) |
| | ) |
| Plaintiff, | ) Case No. 14 CV 2034 |
| | ) |
| v. | ) Honorable Judge John Z. Lee |
| | ) |
| ROBERT PODLASEK, ET AL. | ) Magistrate Judge Sheila M. Finnegan |
| | ) |
| Defendant. | ) |

## INDEX OF EXHIBITS TO DEFENDANTS' COMBINED
## LOCAL RULE 56.1(A) STATEMENT OF UNDISPUTED MATERIAL FACTS

| Exhibit | Description |
|---|---|
| A | Plaintiff's Third Amended Complaint |
| B | Randy Roberts Deposition Transcript |
| C | Annabel K. Melongo Deposition Transcript |
| D | William Martin Deposition Transcript |
| E | Email from Melongo dated April 26, 2006, with subject: To Carol |
| F | Carol Spizzirri Deposition Transcript |
| G | True Consulting Report |
| H | Email from Carol Spizzirri dated May 1, 2006 with subject: RE: downed system |
| I | Email from Melongo dated May 1, 20016 with subject: How far are you going to go, Carol? |
| J | Email from czpizzirri@salf.org with subject: Fwd: RE: downed system |
| K | Officer Marrazzo Incident Report |
| L | Kyle French Deposition Transcript |
| M | Comcast Grand Jury Supboena |
| N | William Martin Police Report |
| O | Comcast Grand Jury Subpoena Response |
| P | The Yahoo Response |
| Q | The Search Warrant Complaint and Search Warrant to Search Melongo's Apartment, Signed by William Martin |
| R | Shahna Monge Forensic Report Summary |
| S | Shahna Monge Deposition Transcript |
| T | 2007 Grand Jury Transcript |
| U | Robert Podlasek Deposition Transcript |
| V | 2008 Grand Jury Transcript |
| W | October 25, 2012 Hearing Transcript |
| X | Dr. Matthew Markos Deposition Transcript |

| Y | Judge Brosnahan's Order to Undergo Psychological Evaluation |
|---|---|
| Z | Kate Garcia Deposition Transcript |
| AA | Executed Warrant for Melongo's Arrest |
| BB | Richard Lesiak Deposition Transcript |
| CC | James Dillon Deposition Transcript |
| DD | Antonio Rubino Deposition Transcript |
| EE | Computer Tampering Trial Transcript, Volume I (in relevant part) |
| FF | Computer Tampering Trial Transcript, Volume II (in relevant part) |
| GG | Melongo's Responses to Request to Admit |
| HH | The Original Complaint Filed in the Instant Case |