**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS  EASTERN DIVISION**

| | | |
|---|---|---|
| ANNABEL K. MELONGO, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.     14 CV 2034 |
| | ) | |
| v. | ) | Honorable Judge John Z. Lee |
| | ) | |
| ROBERT PODLASEK, ET AL. | ) | Magistrate Judge Sheila M. Finnegan |
| | ) | |
| Defendants. | ) | |

**APPENDIX OF EXHIBITS TO**

**PLAINTIFF'S COMBINED RESPONSE TO
DEFENDANTS' COMBINED LOCAL RULE 56.1(A)
STATEMENT OF UNDISPUTED MATERIAL FACTS**

**AND STATEMENT OF ADDITIONAL FACTS**

**INDEX OF EXHIBITS**

| Exhibit | Description |
|---|---|
| 1 | May 1, 2006 "Hey-Carol Email" dated |
| 2 | May 11, 2006 Critical Technology Solutions Report |
| 3 | July 19, 2006 Search Warrant Complaint |
| 4 | May 4, 2006 Technical Support Email |
| 5 | February 9, 2010 Email from WebHSP to Martin |
| 6 | Annabel Melongo Declaration |
| 7 | May 18, 2006 Email from D. Peters to Martin |
| 8 | Docket Sheet re: Case No. 08CR1050201 |
| 9 | Court  notes re: Case No. 08CR1050201 |
| 10 | Half Sheet re: Case No. 08CR1050201 |
| 11 | January 11, 2012 Hearing Transcript |
| 12 | February 3, 2010 Motion to Compel Discovery or To Dismiss |
| 13 | "Day of Arrest" page of the IllinoisCorruption.net Website |
| 14 | "Chicago Courthouse" section of the IllinoisCorruption.net Website |
| 15 | January 15, 2010 Forensic Report by A. Haqqani |
| 16 | April 15, 2010 Sheriff's Office Supplementary Report |
| 17 | April 13, 2010 Sheriff's Office Incident Report |
| 18 | April 13, 2010 Court Complaint Transmittal Listing |
| 19 | April 15, 2010 Hearing Transcript |
| 20 | April 20, 2010 Hearing Transcript |
| 21 | July 28, 2010 Amended Verified Motion for Review of All Bonds |
| 22 | November 7-8, 2011 Email thread between A. Melongo and N. Albukerk |
| 23 | November 10, 2011 Hearing Transcript |
| 24 | November 10, 2011 Motion to Revoke Bond and Electronic Monitoring |
| 25 | November 10, 2011 Classification Transfer Form |
| 26 | November 7, 2011 Permission for Movement |
| 27 | November 9, 2011 Sheriff's Women's Justice Programs Report |
| 28 | June 19, 2012 Hearing Transcript |
| 29 | July 26, 2012 Order |
| 30 | July 19, 2012 Hearing Transcript |
| 31 | August 9, 2012 State's Notice of Appeal |
| 32 | *People v. Melongo,* 2014 IL 114852 |
| 33 | May 2008 Grand Jury Indictment |
| 34 | May 17, 2006 Email from C. Spizzirri to B. Salerno and D. Peters |
| 35 | May 8, 2006 Letter from C. Spizzirri to R. Devine |
| 36 | May 9, 2006 Letter from R. Devine to C. Spizzirri, faxed to W. Martin |
| 37 | October 11, 2012 Hearing Transcript |
| 38 | May 21, 2014 Email thread between R. Podlasek and M. Golden |
| 39 | July 9, 2008 Email from C. Spizzirri to IT consultant D. Hobbs |
| 40 | Julie Gunnigle Deposition Transcript (April 23, 2018) |
| 41 | May 24-25, 2006 Emails from K. French to W. Martin |
| 42 | May 31, 2006 Search Warrant Complaint for Yahoo |
| 43 | October 13, 2006 Email from W. Martin to K. French with attachment |
| 44 | December 3, 2009 People's Response to Defendant's Motion to Dismiss |

| 45 | July 11, 2012 Schiller Park Police Department Report of Inquiry |
|----|-----------------------------------------------------------------|
| 46 | June 16, 2014 Email from S. Monge (Voita) to R. Podlasek |
| 47 | June 17, 2014 Email from S. Monge (Voita) to R. Podlasek |
| 48 | October 26-27, 2011Email thread between A. Melongo and N. Albukerk |
| 49 | May 18, 2006 Schiller Park Police Incident Report |
| 50 | March 28, 2006 Letter from C. Spizzirri to Robert Half International |
| 51 | November 20, 2006 Emails regarding ABC news report |
| 52 | August 5, 2010 Email from C. Spizzirri to R. Podlasek and J. Gunnigle |
| 53 | November 2, 2006 Letter from C. Spizzirri to R. Devine |
| 54 | December 12, 2006 Email thread between C. Spizzirri and T. Dillon |
| 55 | SALF Damages Claim to Robert Half |
| 56 | August 28, 2008 Email from C. Spizzirri to T. DiCianni |
| 57 | February 9-10, 2010 Email thread between W. Martin and C. Spizzirri |
| 58 | June 17, 2010 Email from C. Spizzirri to J. Gunnigle, R. Podlasek & W. Martin |
| 59 | July 24, 2009 Cybercrime Meeting sheet |
| 60 | November 13 & 17, 2009 Email thread between C. Spizzirri and R. Podlasek |
| 61 | May 13, 2010 Email from C. Spizzirri to J. Gunnigle and R. Podlasek |
| 62 | June 11, 2010 Letter from C. Spizzirri to Attorney General Office |
| 63 | August 23, 2010 Email from C. Spizzirri to J. Gunnigle |
| 64 | November 25, 2010 Letter from C. Spizzirri to Chicago Tribune |
| 65 | March 27, 2011 Letter from C. Spizzirri to Senator Trotter |
| 66 | May 21, 2013 Letter from C. Spizzirri to Chief Deputy Attorney General |
| 67 | November 9, 2009 Email from R. Podlasek to K. French (bottom of page) |
| 68 | March 29, 2010 CL Report |
| 69 | Northern Illinois Threat Assessment Task Force List |
| 70 | April 13, 2010 Complaint for Arrest Warrant |
| 71 | Handwritten Note by N. Albukerk |
| 72 | January 14, 2011 Trial Transcript |
| 73 | GoDaddy Search Warrant Complaint and Search Warrant |
| 74 | Yahoo Search Warrant Complaint and Search Warrant |
| 75 | June 24, 2011 Hearing Transcript |
| 76 | September 20, 2011 Hearing Transcript |
| 77 | October 5, 2011 Hearing Transcript |
| 78 | October 13, 2011 Electronic Monitoring Order |
| 79 | October 13, 2011 Hearing Transcript |
| 80 | November 14, 2011 Hearing Transcript |
| 81 | November 21, 2011 Electronic Monitoring Order |
| 82 | November 30, 2011 Hearing Transcript |
| 83 | December 7, 2011 Hearing Transcript |
| 84 | January 23, 2012 Hearing Transcript |
| 85 | February 3, 2012 Hearing Transcript |
| 86 | February 14, 2012 Hearing Transcript |
| 87 | June 4, 2012 Hearing Transcript |
| 88 | July 27, 2012 Subpoena to Cook County Sheriff Police |
| 89 | September 27, 2012 FOIA Response |