# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Annabel K Melongo
                        Plaintiff,

v.                                                 Case No.: 1:13–cv–04924
                                                 Honorable John Z. Lee

Robert Podlasek, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 19, 2019:

      MINUTE entry before the Honorable John Z. Lee: For the reasons stated in the memorandum opinion and order, the Schiller Park Defendants' motion for summary judgment [266] is granted as to Counts IV and V. French's motion [269] is granted insofar as he is entitled to absolute immunity for his conduct at Melongos bond hearing. The County Defendants' motion [275] is granted insofar as Podlasek and Gunnigle are entitled to absolute immunity to the extent that Count IV is based on the computer–tampering case. Spizzirri's motion [272] is granted as to the NIED claim in Count VI, and that claim is dismissed as to all Defendants. Defendants' motions are also granted as to the IIED claim in Count VI. Counts II and IV are dismissed as to Dillon, Rubino, and Lesiak. To the extent that Count VI encompasses state–law claims for false arrest and false imprisonment, those claims are dismissed. In all other respects, summary judgment is denied. A status hearing is set for 4/23/19 at 9:15 a.m. [For further details see memorandum opinion and order].Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.