# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Annabel K Melongo

                          Plaintiff,

v.                                                         Case No.: 1:13–cv–04924

                                                                      Honorable John Z. Lee

Robert Podlasek, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 8, 2020:

      MINUTE entry before the Honorable John Z. Lee: Status hearing held on 1/8/20. The stipulation to dismiss Defendant Spizzirri is due by the end of the day of 1/8/20. Defendant Kyle French is dismissed without prejudice; the dismissal will become with prejudice on 3/6/20 with each side to bear their own costs and fees. Plaintiff may seek to reinstate the case against French, if necessary, prior to that date. Civil case terminated.Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.