# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Annabel K Melongo
                                           Plaintiff,

v.                                                                        Case No.: 1:13–cv–04924
                                                                       Honorable John Z. Lee

Robert Podlasek, et al.
                                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 9, 2020:

      MINUTE entry before the Honorable John Z. Lee: Pursuant to the stipulation to dismiss, Defendant Carol Spizzirri is dismissed with prejudice and without costs, with each side to bear its own attorneys' fees. Mailed notice(ca, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.